ELIZABETH WALDOW
NATIONAL PARK SERVICE
Law Enforcement Office
P.O. Box 517
Yosemite, California 95389
Telephone: (209) 372-0243

In The Eastern District of California for the

United States District Court

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.6:05-mj-0195 |
| Plaintiff, | |
| | MOTION TO DISMISS COUNT |
| v. | |
| JOSHUA ZAHN ZISKIN, | Date: December 19, 2006 |
| | Time: 10:00 a.m. |
| Defendant. | Courtroom: U.S. Magistrate Judge: |
| | Hon. William M. Wunderlich |

The United States Government, through its representative Elizabeth Waldow, respectfully requests that count four: charging that the defendant committed a violation of 21 USC 844 Possession of a Controlled Substance - marijuana, be dismissed in the interest of justice and subsequent to a plea agreement entered into on October 11, 2005.

1

DEC-20-2006 WED 01:02 PM U S DISTRICT COURT YNP      FAX NO. 209 372 0324       P. 03
Case 6:05-mj-00195-WMW   Document 8   Filed 12/20/06   Page 2 of 2
Case 6:05-mj-00195-WMW   Document 6   Filed 11/24/2006   Page 2 of 2

Respectfully submitted,

Dated: November 24, 2006             /s/ Elizabeth Waldow
                                     Elizabeth Waldow
                                     Legal Officer
                                     National Park Service

**ORDER**

It is so ordered.

Date: 12-19-06                       *[signature]*

                                     The Hon. William M. Wunderlich
                                     Magistrate Judge for the
                                     Eastern District of California